UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 14 AM 11:28
DISTRICT COURT
OF CALIFORNIA
DEPUTY

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**Linda VAZQUEZ (D1)**
and
**Arisbel ANTABLI (D2)**
**(AKA: Arisbel RODRIGUEZ)**
Defendants

Magistrate Case No. '08 MJ 2522

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-
Bringing in Illegal Alien
Without Presentation

The undersigned complainant being duly sworn states:

**Count I**

On or about **August 12, 2008**, within the Southern District of California, defendants **Linda VAZQUEZ (D1)** and **Arisbel ANTABLI (AKA: Arisbel RODRIGUEZ) (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **DAMC (minor),** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF **August, 2008.**

UNITED STATES MAGISTRATE JUDGE

DOA 8/13/08

DOA 8-13-08

 MS

# PROBABLE CAUSE STATEMENT

The complainant states that **DAMC** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 12, 2008, at approximately 8:42 PM, **Linda VAZQUEZ (D1)** and **Arisbel ANTABLI (AKA: Arisbel RODRIGUEZ) (D2)** made application for admission into the United States from Mexico through the Otay Mesa Port of Entry via vehicle lane nine (9). A pre-primary roving Customs and Border Protection (CBP) Officer was working with his Human / Narcotic Detector Dog (NHDD) when he noticed his NHDD alert to the left side of a vehicle driven by D1. D1 and D2 were the sole visible occupants of a 1997 Mercury Villager van. D2 stated they were in Mexico to have a car stereo installed in her vehicle which was left in Mexico. D1 stated she lives in Chula Vista, California and D2 stated she lived in San Ysidro, California. D2 stated they were traveling to San Ysidro, California. D1 stated the vehicle belonged to her boyfriend. The CBP Officer received two negative customs declarations from D1 and D2 and escorted the vehicle to secondary for further inspection.

During secondary inspection, the vehicle was x-rayed which revealed a person concealed in a non-factory compartment located in the left quarter panel. In order to extricate the person concealed in the compartment, two screws were removed which held an access panel in place. The plastic panels were removed which exposed one minor male.

The minor male admitted being a citizen of Mexico with no entitlements to enter or reside in the United States. He is now identified as **DAMC** and held as a Material Witness in the case.

Later during a video taped interview, D2 was advised of her Miranda rights and elected to answer questions without benefit of counsel. D2 admitted to knowledge of the concealed alien and admitted she attempting to smuggle the undocumented alien into the United States. D2 stated D1 coordinated the smuggling act. D2 admitted she was to be paid $300 for her role in the smuggling act. D2 acknowledged it is illegal to smuggle undocumented aliens into the United States.

During a separate videotaped interview, the material witness freely admitted to being a citizen of Mexico with no legal documents to enter or reside in the United States. Material Witness stated his father made the smuggling arrangements for him to be smuggled into the United States. Material witness stated he was to reunite with his undocumented father and mother who currently reside in Pomona, California. Material Witness does not know the smuggling fee, as his father made all the smuggling arrangements.