UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Linda Vazquez, et al

Defendant(s)

CRIMINAL NO. 08mj2522

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

DAMC a minor

RECEIVED
2008 AUG 19 A 11: 19
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DATED: Aug 19, 2008

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

* U.S. GPO: 2003-581-774/70082