# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Arisbel Antabi )

CASE NUMBER 08mj2522

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of Aug. 21, 2008

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 20,000 PS bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____________

RUBEN B. BROOKS

UNITED STATES MAGISTRATE JUDGE

OR

Received ____________ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk
K. HAMMERLY

Crim-9 (Rev 6-95) ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY